1  Kevin J. Cole (SBN 321555)
   **KJC LAW GROUP, A.P.C.**
2  9701 Wilshire Blvd., Suite 1000
   Beverly Hills, CA 90212
3  Telephone: (310) 861-7797
   e-Mail: kevin@kjclawgroup.com
4
   Attorneys for Defendants
5  *USA Happy Baby Inc. & Michael Wei Yueh Liu*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 5:19-cr-00027-PSG |
|---|---|
| Plaintiff, | **NOTICE OF MOTION AND MOTION TO COMPEL TRANSLATION UNDER *BRADY V. MARYLAND*** |
| v. | |
| USA HAPPY BABY INC., MICHAEL WEI YUEH LIU, AND JING DONG, | Filed Concurrently:<br>1) Memorandum of Points & Authorities;<br>2) Declaration of Kevin J. Cole; and<br>3) [Proposed] Order |
| Defendants. | |
| | Judge:      Hon. Philip S. Gutierrez<br>Courtroom: 6A, 6th Floor |
| | Hearing Date:   January 26, 2024<br>Hearing Time:   10:00 a.m. |
| | Action Filed: January 30, 2019<br>Trial Date:    September 12, 2024 |

NOTICE OF MOTION AND MOTION TO COMPEL TRANSLATION UNDER *BRADY V. MARYLAND*

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on January 26, 2024, at 10:00 a.m., or as soon thereafter as counsel may be heard, Defendants USA Happy Baby Inc. and Michael Wei Yueh Liu will move, pursuant to *Brady v. Maryland*, to compel the government to translate the documents which the government seized from Defendants but which remain untranslated from Mandarin to English.

This Motion is based on the accompanying Memorandum of Points and Authorities, the record in this matter, and any supplemental documents, materials, or testimony to be provided to the Court.

DATED: December 28, 2023               Respectfully submitted,

**KJC LAW GROUP, A.P.C.**

By: */s/ Kevin J. Cole*

Attorneys for Defendant
*USA Happy Baby Inc. & Michael Wei Yueh Liu*