E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
GREGORY W. STAPLES (Cal. Bar No. 155505)
KEVIN Y. FU (Cal. Bar No. 319465)
Assistant United States Attorneys
Santa Ana Branch Office
    Ronald Reagan Federal Bldg. & U.S. Courthouse
    411 West 4th Street, Suite 8000
    Santa Ana, California 92701
    Telephone:    (714) 338-3535/3576
    Facsimile:    (714) 338-3523/3708
    E-mail:    Greg.Staples@usdoj.gov
                 Kevin.Fu@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>USA HAPPY BABY INC.,<br>MICHAEL WEI YUEH LIU, and<br>JING DONG,<br><br>       Defendants. | No. 5:19-cr-00027-RGK<br><br>GOVERNMENT'S UNOPPOSED MOTION TO DISMISS DEFENDANT USA HAPPY BABY INC. AND CERTAIN COUNTS OF THE INDICTMENT<br><br>Trial date: Sept. 10, 2024<br>Time: 8:30 a.m. |
|---|---|

    In the interests of justice, the government moves to dismiss Counts Two through Seventeen (wire fraud) and Counts Twenty-eight through Thirty-six (identity theft and tax charges).  The government also moves to dismiss defendant USA Happy Baby Inc.

    The government will proceed to trial on Count One, conspiracy to commit immigration fraud and international money laundering, and Counts Eighteen through Twenty-seven, substantive international money

laundering counts, against remaining defendants Michael Liu and Jing Dong.

 Counsel for defendants Happy Baby USA Inc., Michael Liu, and Jing Dong were contacted by government counsel and do not oppose this motion.

Dated: August 29, 2024    Respectfully submitted,

            /s/
            GREGORY W. STAPLES
            Assistant United States Attorney