E. MARTIN ESTRADA
United States Attorney
ANNE C. GANNON
Assistant United States Attorney
Chief, Santa Ana Branch Office
GREGORY W. STAPLES (Cal. Bar No. 155505)
KEVIN Y. FU (Cal. Bar No. 319465)
Assistant United States Attorneys
    8000 United States Courthouse
    411 West Fourth Street
    Santa Ana, California 92701
    Telephone: (714) 338-3500
    Facsimile: (714) 338-3523
    E-mail:  gregory.staples@usdoj.gov
             kevin.fu@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ED CR 19-27-RGK |
| Plaintiff, | GOVERNMENT'S EXHIBIT LIST |
| v. | Trial: September 10, 2024<br>Time: 8:30 a.m. |
| USA HAPPY BABY INC.,<br>MICHAEL WEI YUEH LIU, AND<br>JING DONG, | |
| Defendants. | |

The government submits its exhibit list.


Date: September 9, 2024          /s/ *Gregory W. Staples*
                                      GREGORY W. STAPLES
                                      Assistant U.S. Attorney

**UNITED STATES v. USA HAPPY BBY, INC., et al.**

Case No. CR 19-27-RGK

**EXHIBIT LIST**

NOTE: Exhibits that are in Chinese consist of the translation first followed by the original document in Chinese. The original document will be used for identification and to show to witnesses who do not speak English. The government will move to admit only the translated portion of the exhibit.

| Ex No. | Description | Stip. To Admiss. | Date Identified | Date admitted |
|---|---|---|---|---|
| 1. | Document entitled "About Us" – translation | Y | | |
| 1A | Document entitled "About Us" in Chinese | NA | | |
| 2. | Document entitled "Room Arrangement Email" – translation | Y | | |
| 2A | Document entitled "Room Arrangement Email" in Chinese | NA | | |
| 3. | Travel and Birth Chart | Y | | |
| 4. | Document entitled "Giving Birth in the US Q&A" – translation | Y | | |
| 4A | Document entitled "Giving Birth in the US Q&A" in Chinese | NA | | |
| 5. | Chase Bank Statement for Mr. Michael W. | Y | | |

| Ex No. | Description | Stip. To Admiss. | Date Identified | Date admitted |
|---|---|---|---|---|
|  | Liu covering dates 12/24/13-01/24/14 |  |  |  |
| 6. | Untitled document with photo of woman before American flag - translation | Y |  |  |
| 6A | Untitled document with photo of woman before American flag in Chinese | NA |  |  |
| 7. | Document entitled "Why Give Birth in the US" - translation | Y |  |  |
| 7A | Document entitled "Why Give Birth in the US" in Chinese | NA |  |  |
| 8. | Document entitled "Maternity Hotel Consultation and Service Agreement"; version 2 - translation | Y |  |  |
| 8A | Document entitled "Maternity Hotel Consultation and Service Agreement"; version 2 in Chinese | NA |  |  |
| 9. | Email dated 2/1/2013 from Phoebe Hotmail to Eric Lu - | Y |  |  |

3

| Ex No. | Description | Stip. To Admiss. | Date Identified | Date admitted |
|---|---|---|---|---|
| | translation | | | |
| 9A | Email dated 2/1/2013 from Phoebe Hotmail to Eric Lu in Chinese | NA | | |
| 10. | Email dated 12/13/2012 from USA Happy Baby to Tom Zhang Wei -translation | Y | | |
| 10A | Email dated 12/13/2012 from USA Happy Baby to Tom Zhang Wei in Chinese | NA | | |
| 11. | Email dated 2/22/2013 from Phoebe Dong to Michael Chen - translation | Y | | |
| 11A | Email dated 2/22/2013 from Phoebe Dong to Michael Chen in Chinese | NA | | |
| 12A | Email dated 6/28/2011 from Phoebe Dong to Wenhong - translation | Y | | |
| 12A.A | Email dated 6/28/2011 from Phoebe Dong to Wenhong in Chinese | NA | | |
| 12B | Attachment to 12A: Document entitled "Sharing experience of traveling to the United States – | Y | | |

4

| Ex No. | Description | Stip. To Admiss. | Date Identified | Date admitted |
|---|---|---|---|---|
| | customs clearance" - translation | | | |
| 12B.A | 12B-Attachment to 12A: Document entitled "Sharing experience of traveling to the United States – customs clearance" in Chinese | NA | | |
| 13A | Email dated 4/13/2012 from Phoebe Hotmail to Yongbo Liu - translation | Y | | |
| 13A.A | Email dated 4/13/2012 from Phoebe Hotmail to Yongbo Liu' in Chinese | NA | | |
| 13B | Document entitled "Sharing Experience of Traveling to the United States" - translation | Y | | |
| 13B.A | Document entitled "Sharing Experience of Traveling to the United States" in Chinese | NA | | |
| 13C | Document entitled "Phoebe Baby Self-Service Prenatal Hotel in Los Angeles, USA" - | Y | | |

| Ex No. | Description | Stip. To Admiss. | Date Identified | Date admitted |
|---|---|---|---|---|
| | translation | | | |
| 13C.A | Document entitled "Phoebe Baby Self-Service Prenatal Hotel in Los Angeles, USA" in Chinese | NA | | |
| 14. | Email dated 4/3/2013 from Phoebe Hotmail to Eric Lu - translation | Y | | |
| 14A | Email dated 4/3/2013 from Phoebe Hotmail to Eric Lu in Chinese | NA | | |
| 15. | Email dated 1/24/2013 from USA Happy Baby to Joanna Yao – translation | Y | | |
| 15A | Email dated 1/24/2013 from USA Happy Baby to Joanna Yao in Chinese | NA | | |
| 16A | Email dated 12/19/2012 from Phoebe Hotmail to Eric Lu - translation | Y | | |
| 16A.A | Email dated 12/19/2012 from Phoebe Hotmail to Eric Lu in Chinese | NA | | |
| 16B | Photo of Homeland Security Departure Card | Y | | |

6

| Ex No. | Description | Stip. To Admiss. | Date Identified | Date admitted |
|---|---|---|---|---|
| 16C | Passport Photo of Hu Haifei | Y | | |
| 17. | Email dated 4/21/2013 from Phoebe Hotmail to Eric Lu - translation | Y | | |
| 17A | Email dated 4/21/2013 from Phoebe Hotmail to Eric Lu in Chinese | NA | | |
| 18. | Email dated 3/15/2012 from Phoebe Hotmail to Dongli Tang - translation | Y | | |
| 18A | Email dated 3/15/2012 from Phoebe Hotmail to Dongli Tang in Chinese | NA | | |
| 19. | Email dated 4/16/2011 from Waxbaby to Phoebe Dong - translation | Y | | |
| 19A | Email dated 4/16/2011 from Waxbaby to Phoebe Dong in Chinese | NA | | |
| 20. | Email dated 10/15/2014 from usahappybaby2651 to newbird11 - translation | Y | | |
| 20A | Email dated 10/15/2014 from usahappybaby2651 to newbird11 in Chinese | NA | | |

| Ex No. | Description | Stip. To Admiss. | Date Identified | Date admitted |
|---|---|---|---|---|
| 21. | Organization Chart - translation | Y | | |
| 21A | Organization Chart in Chinese | NA | | |
| 22. | Email dated 12/12/2011 from Phoebe Hotmail to Eason - translation | Y | | |
| 22A | Email dated 12/12/2011 from Phoebe Hotmail to Eason in Chinese | NA | | |
| 23. | Email dated 11/27/2011 from melodychen2007 to US Phoebe Maternity house - translation | Y | | |
| 23A | Email dated 11/27/2011 from melodychen2007 to US Phoebe Maternity house in Chinese | NA | | |
| 24. | Email dated 9/28/2011 from Phoebe Dong to Wenhong - translation | Y | | |
| 24A | Email dated 9/28/2011 from Phoebe Dong to Wenhong in Chinese | NA | | |
| 25. | Document: USA Happy Baby Inc. (1) Short-Term Housing Reservation Agreement; (2) | Y | | |

| Ex No. | Description | Stip. To Admiss. | Date Identified | Date admitted |
|---|---|---|---|---|
| | Housing Reservation Confirmation - translation | | | |
| 25A | Document: USA Happy Baby Inc. (1) Short-Term Housing Reservation Agreement; (2) Housing Reservation Confirmation in Chinese | NA | | |
| 26. | Email from USA Happy Baby to Joanna Yao entitled "Premium Suite" - translation | Y | | |
| 26A | Email from USA Happy Baby to Joanna Yao entitled "Premium Suite" in Chinese | NA | | |
| 27. | Document entitled "Dear Mommies and Families" - translation | Y | | |
| 27A | Document entitled "Dear Mommies and Families" in Chinese | NA | | |
| 28. | PowerPoint entitled "Phoebe Baby Enterprise Management Consulting (Tianjin) Co., Ltd." - translation | Y | | |

9

| Ex No. | Description | Stip. To Admiss. | Date Identified | Date admitted |
|---|---|---|---|---|
| 28A | PowerPoint entitled "Phoebe Baby Enterprise Management Consulting (Tianjin) Co., Ltd." in Chinese | NA | | |
| 29. | Brochure - translation | Y | | |
| 29A | Brochure in Chinese | NA | | |
| 30. | Certificate - translated | Y | | |
| 30A | Certificate in Chinese | NA | | |
| 31. | Bank records re transfer of $49,100 on 8/28/2014 [Count 18] | Y | | |
| 32. | Bank records re transfer of $49,100 on 8/28/2014 [Count 19] | Y | | |
| 33. | Bank records re transfer of $19,985 on 9/2/2014 [Count 20] | Y | | |
| 34. | Bank records re transfer of $154,025 on 9/25/2014 [Count 21] | Y | | |
| 35. | Bank records re transfer of $25,432 on 10/10/2014 [Count 22] | Y | | |

| Ex No. | Description | Stip. To Admiss. | Date Identified | Date admitted |
|---|---|---|---|---|
| 36. | **Bank records re transfer of $16,300 on 10/27/2014 [Count 23]** | Y | | |
| 37. | **Bank records re transfer of $18,183 on 12/19/2014 [Count 24]** | Y | | |
| 38. | **Bank records re transfer of $3,379 on 12/26/2014 [Count 25]** | Y | | |
| 39. | **Bank records re transfer of $49,911.04 on 2/3/2015 [Count 26]** | Y | | |
| 40. | **Bank records re transfer of $49,911.04 on 2/3/2015 [Count 27]** | Y | | |
| 41. | **Promotional Fan - translation** | Y | | |
| 41A | **Promotional Fan in Chinese** | NA | | |
| 42. | **Document entitled "Youmei—US Maternity Hotel" - translation** | Y | | |
| 42A | **Document entitled "Youmei—US Maternity Hotel" in Chinese** | NA | | |
| 43. | **Business Card** | | | |

| Ex No. | Description | Stip. To Admiss. | Date Identified | Date admitted |
|---|---|---|---|---|
| 43A | Business Card in Chinese | NA | | |
| 44. | Version 2 of translation of business card | Y | | |
| 44A | Business Card in Chinese | NA | | |
| 45. | Blank | | | |
| 46. | Blank | | | |
| 47. | Resume re: Liu, Wei Yueh, Michael | Y | | |
| 48. | Booklet titled "Pre-Departure Guide" - translation | Y | | |
| 48A | Booklet titled "Pre-Departure Guide" in Chinese | NA | | |
| 49. | You Mei three photos - translation | | | |
| 49A | You Mei three photos in Chinese | NA | | |
| 50. | Document that begins with "Contract Effectiveness, Payment and Refund" - translation | | | |
| 50A | Document that begins with "Contract Effectiveness, Payment and Refund" in | NA | | |

| Ex No. | Description | Stip. To Admiss. | Date Identified | Date admitted |
|---|---|---|---|---|
|  | Chinese |  |  |  |
| 51. | Payment Receipt for Zhou, Bo dated 10/28/14 - translation |  |  |  |
| 51A | Payment Receipt for Zhou, Bo dated 10/28/14 in Chinese | NA |  |  |
| 52. | Payment Receipt for Zhou, Bo dated 11/26/14 - translation |  |  |  |
| 52A | Payment Receipt for Zhou, Bo dated 11/26/14 in Chinese | NA |  |  |
| 53. | Document entitled "CEAC DS-160 Report" re: Zhou, Bo dated 11/10/14 | Y |  |  |
| 54. | Zhou, Bo Passport |  |  |  |
| 55. | Zhou, Bo Visa |  |  |  |
| 56. | Boarding Pass to LA dated 1/18/15 for Bo Zhou |  |  |  |
| 57. | Document entitled "Ms. Zhou and Her Husband's Flight Airline ticket Inquiry 1211" - translation |  |  |  |
| 57A | Document entitled "Ms. Zhou and Her Husband's Flight Airline ticket Inquiry 1211" in | NA |  |  |

| Ex No. | Description | Stip. To Admiss. | Date Identified | Date admitted |
|---|---|---|---|---|
|  | Chinese |  |  |  |
| 58. | USA Happy Baby receipt number 01130 for customer Bo Zhou - translation |  |  |  |
| 58A | USA Happy Baby receipt number 01130 for customer Bo Zhou in Chinese | NA |  |  |
| 59. | Document entitled "Youmei— Maternity Hotel- Hi-End Travel to US for Birthing" - translation |  |  |  |
| 59A | Document entitled "Youmei— Maternity Hotel- Hi-End Travel to US for Birthing" in Chinese | NA |  |  |
| 60. | Lulu handwritten note acknowledging receipt of $2000 - translation |  |  |  |
| 60A | Lulu handwritten note acknowledging receipt of $2000 in Chinese | NA |  |  |
| 61. | Bank records re transfer of $49,100 on 8/28/2014 [Count 18] | Y |  |  |
| 62. | Bank records re transfer of $49,100 on | Y |  |  |

| Ex No. | Description | Stip. To Admiss. | Date Identified | Date admitted |
|---|---|---|---|---|
|  | 8/28/2014 [Count 19] |  |  |  |
| 63. | **Bank records re transfer of $19,985 on 9/2/2014 [Count 20]** | Y |  |  |
| 64. | **Bank records re transfer of $154,025 on 9/25/2014 [Count 21]** | Y |  |  |
| 65. | **Bank records re transfer of $25,432 on 10/10/2014 [Count 22]** | Y |  |  |
| 66. | **Bank records re transfer of $16,300 on 10/27/2014 [Count 23]** | Y |  |  |
| 67. | **Bank records re transfer of $18,183 on 12/19/2014 [Count 24]** | Y |  |  |
| 68. | **Chase Bank Statement for Jing Dong covering dates 8/19/14-9/17/14 [Counts 18, 19]** | Y |  |  |
| 69. | **Bank records re transfer of $49,911.04 on 2/3/2015 [Counts 26, 27]** | Y |  |  |
| 70. |  |  |  |  |
| 71. |  |  |  |  |